NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | Case No. 3:01-CR-00131 (JKS) |
| | ) | |
| ANNIE SHINAULT, | ) | PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | PROSEQUENDUM |
| | ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

ANNIE SHINAULT, who is imprisoned by the State of Alaska Department of Corrections, at Highland Mountain Correctional Center, Eagle River, Alaska, is a defendant in a certain cause now pending before this court, to wit: United States of America v. ANNIE SHINAULT, Case No. 3:01-CR-00131 (JKS), which is necessary to schedule an arraignment/initial appearance on a petition to revoke supervised release.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

RESPECTFULLY SUBMITTED this day, June 7, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/ Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov