IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of:<br><br>ANNIE SHINAULT,<br><br>On Writ of Habeas Corpus | Case No. 3:01-CR-00131 (JKS)<br><br><u>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u> |

On the Petition of Audrey Renschen, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring ANNIE SHINAULT, now being held at Highland Mountain Correctional Center, Eagle River, Alaska, before this Court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. ANNIE SHINAULT</u>, Case No. 3:01-CR-00131 (JKS), for the scheduling of an arraignment/initial appearance in Anchorage, Alaska on a petition to revoke supervised release and such other proceedings as the Court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this _____ day of _____, _____, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE