Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>ANNIE B. SHINAULT,<br><br>           Defendant. | NO. 3:01-cr-00131-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE INITIAL HEARING ON PETITION TO REVOKE SUPERVISED RELEASE** |

COMES NOW THE DEFENDANT, ANNIE B. SHINAULT, by and through counsel Mary C. Geddes, Assistant Federal Defender, and moves this court to continue the initial hearing on a petition to revoke supervised release, scheduled for June 20, 2007.  The parties propose that the hearing be continued three weeks.  This motion is without opposition from Assistant U.S. Attorney Audrey Renschen and Probation Officer Chris Liedike.  Ms. Shinault is presently in custody on state court charges scheduled for trial on June 20, and the undersigned has been informed that the Probation Officer is intending to file a superseding petition to reflect those charges and whatever resolution they may have.

DATED this 15th day of June 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on June 15th, 2007,
a copy of the foregoing document
was served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Chris Liedike
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Mary C. Geddes