UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANNIE B. SHINAULT,<br><br>　　　　Defendant. | NO. 3:01-cr-00131-JKS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Initial Hearing on Petition to Revoke Supervised Release, the motion is GRANTED.

IT IS HEREBY ORDERED that the initial hearing on a petition to revoke supervised release, scheduled for June 20, 2007, is continued to _____, 2007, at _____ \_\_\_\_.m.

DATED this \_\_\_\_ day of June 2007, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE