```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. ANNIE B. SHINAULT       CASE NO. 3:01-CR-00131-JKS
Defendant:   X Present   X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             SAMANTHA LARK

UNITED STATES' ATTORNEY:           SHAWN FULLER

DEFENDANT'S ATTORNEY:              MARY C. GEDDES   APPOINTED

U.S.P.O.:                          CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION(DKT 30) AND
             SUPPLEMENTAL PETITION (DKT 37) TO REVOKE SUPERVISED
             RELEASE HELD 07/30/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:47 p.m. court convened.

 X Copy of Petition and Supplemental Petition to Revoke Supervised Release given to defendant read.

 X Defendant sworn.

 X Defendant stated true name: same as above.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED**. Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1,2,3,4,5 Of the Petition to Revoke Supervised Release, and 6,7,8,9,10,11,12 of the Supplemental Petition to Revoke Supervised Release.

 X Defendant detained; Order of Detention Pending Trial **FILED.**

 X OTHER: Court and counsel heard re parties joint oral motion to trail this case with State of Alaska case; **GRANTED**. Court ordered Ms. Geddes to file Joint Status Report re Defendant's State of Alaska case status, within 90 days; **October 30, 2007.**

At 2:04 p.m. court adjourned.


DATE: July 30, 2007            DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07