# United States District Court
## for the
## DISTRICT OF ALASKA

**RECEIVED**
AUG 0 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case Number: 3:01-cr-00131-JKS |
| vs. | **WARRANT FOR ARREST** |
| Annie B. Shinault | |

TO: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

    YOU ARE HEREBY COMMANDED to arrest Annie B. Shinault and bring her forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging her with five violations of her term of supervised release.

_REDACTED SIGNATURE_
James K. Singleton
Senior U.S. District Court Judge

Date 7/23/07

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Anchorage, AK on Writ from State custody.

| Date Received: 7/23/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 7/30/07 | Randy Johnson USM | by: [signature] |