Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANNIE B. SHINAULT,<br><br>Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**STATUS REPORT ON PETITION TO REVOKE SUPERVISED RELEASE** |

Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, reports that an initial hearing on a petition to revoke has been continued because Ms. Shinault is also the subject of pending charges in state court.  The parties in this matter have been awaiting the resolution of state court charges, and the undersigned has been in close contact with Ms. Shinault, who is incarcerated, and with her appointed counsel.  Although there is no final resolution of those matters, some progress has been made.  Apparently, a few more weeks are required before the probation officer can be fully informed as to the basis for a superseding petition. Judicial economy would no doubt be served by the delay of this matter until mid-December.

DATED this 8th day of November, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on November 8, 2007, a copy of the foregoing document was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes