Case No. 3:01-cr-0131-JKS-JDR