Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   vs.<br><br>ANNIE B. SHINAULT,<br><br>                  Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**ERRATA TO**<br>**DECEMBER STATUS REPORT** |

      Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, files herewith a complete PDF version of her Status Report on Petition to Revoke Supervised Release.  The original status report was converted improperly into PDF format and filed on December 21, 2007.  Counsel apologizes for any inconvenience this may have caused the court or the government.

///

///

///

DATED this 26th day of December, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on December 26, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes