Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANNIE B. SHINAULT,<br><br>　　　　　Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**STATUS REPORT ON PETITION TO REVOKE SUPERVISED RELEASE** |

　　　　Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, reports that an initial hearing on a petition to revoke has been continued because Ms. Shinault is also the subject of pending charges in state court.  The parties in this matter have been awaiting the resolution of state court criminal and probation revocation cases. Unfortunately, these cases have not yet resolved by this date. The undersigned sees that the state court probation revocation hearing has been continued until March 2008. Because the federal district court supervised release petition and proceedings will no doubt be influenced by the resolution of current criminal charges against Ms. Shinault, the undersigned seeks a continuance of this matter until after the state proceedings are completed.

Judicial economy would no doubt be served by the delay of this matter for three months. At that time, counsel proposes to again report on the statuts of Ms. Shinault's cases.

DATED this 21st day of December, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on December 21, 2007, a copy of the foregoing document was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes