Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          vs.<br><br>ANNIE B. SHINAULT,<br><br>                     Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**STATUS REPORT** |

Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby reports on the status of her state criminal case which the undersigned believes is the premise for a petition to revoke supervision in federal court.  The state court trial in Case No. 3AN-07-04047CR is scheduled for the week of May 27, 2008; the state court trial in Case No. 3AN-07-04191CR is scheduled for the week of July 14, 2008.  Ms. Shinault remains in state custody on those cases.

///

///

.        DATED this 23rd day of April, 2008.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ Mary C. Geddes
        Assistant Federal Defender
        Alaska Bar No. 8511157
        601 West 5th Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mary_geddes@fd.org

Certification:

I certify that on April 23, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes