Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANNIE B. SHINAULT,<br><br>Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**STATUS REPORT ON PROCEEDINGS CONCERNING PETITION TO REVOKE SUPERVISED RELEASE** |

       Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, provides this status report to the court regarding this case in which a petition to revoke supervised release has been filed. Counsel apologizes for the delay in the timely filing of this report.

       The proceedings herein have been substantially delayed by stipulation of the parties because Ms. Shinault had been charged in state court in 2007 with new felony charges. The trial of those matters only took place in May and June 2008. Ms. Shinault's sentencing is set for October 24, 2008. Her attorney is Darrel Gardner.

Ms. Shinault is now pending trial in a federal court case related to the events in the state prosecution. Case No. 3:08-cr-00065RBB. Mr. Garner also represents Ms. Shinault in that matter. Presumably, it makes sense to further delay the resolution of this petition until after the trial date of that case. Trial is presently scheduled for August 27, 2008.

DATED this 29th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 29, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Audrey J. Renschen, Esq.

/s/ Mary C. Geddes