Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANNIE B. SHINAULT,<br><br>　　　　　Defendant. | Case No. 3:01-cr-0131-JKS-JDR<br><br>**STATUS REPORT** |

　　　　Defendant, Annie B. Shinault, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby reports on the status of her state criminal case which the undersigned believes is the premise for a petition to revoke supervision in federal court. The state court cases (Case No. 3AN-07-04047CR and AN-07-04191CR) will conclude with imposition of sentence on October 24. 2008. Ms. Shinault also has a newer federal case (Case No. 3:08-cr-65-RRB), in which she entered a plea of guilty; that case will conclude in an imposition of sentence on November 4, 2008.

///

///

DATED this 4th day of September 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on September 4, 2008,
a copy of the *Status Report* was served
electronically on:

Audrey J. Renschen, Esq.


/s/ Mary C. Geddes